ACCEPTED
12-15-00081-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/30/2015 3:51:53 PM
CATHY LUSK
CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| JOSHUA PAUL CALHOUN | § | IN THE 12th DISTRICT |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| STATE OF TEXAS | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/30/2015 3:51:53 PM
CATHY S. LUSK
Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

Appellant JOSHUA PAUL CALHOUN, through counsel of record, files this Motion for Extension of Time to File Notice of Appeal pursuant to Tex. R. App. P. 26.3 and would respectfully show:

Appellant is appealing from a Final Judgment signed by the 173rd Judicial District Court of Henderson County, Texas on February 12, 2015 in the case styled State of Texas v. Joshua Paul Calhoun, Cause No. A-21,464. The deadline to file the Notice of Appeal was Saturday, March 14, 2015 or Monday, March 16, 2015. The notice of appeal is being filed in the trial court on Monday, March 30, 2015. Appellant seeks an extension of time until Monday, March 30, 2015 to file the Notice of Appeal.

This extension of time is necessary because counsel appointed stand-by counsel for Defendant, and then re-appointed counsel of record for Defendant on February 12, 2015. Counsel of record held a good-faith belief that he was only counsel of record for Appellant's remaining felony indictments, Cause No. A-21,465, A-21,466, and A-21,467, State of Texas v. Joshua Paul Calhoun and was no longer counsel of record for Defendant for Cause No. A-21,464. This extension of time is not sought for purposes of delay, but so that justice may be done.

For these reasons, Appellant respectfully requests that the Court grant this Motion and Extend the deadline to file the Notice of Appeal until Monday, March 30, 2015. Appellant also requests all other relief to which Appellant is justly entitled.

Respectfully submitted,

Law Office of Samuel M. Smith
219 N. Palestine St.
Athens, TX 75751
Tel: (903) 675-5005
Fax: (903) 675-5007
Email: ssmith@samuelsmithlaw.com

By: _____
SAMUEL M. SMITH
State Bar No. 24044042
Attorney for Joshua Paul Calhoun

## VERIFICATION

**STATE OF TEXAS** § § §

**COUNTY OF HENDERSON** §

BEFORE ME, the undersigned notary public, on this day personally appeared SAMUEL M. SMITH, who, being duly sworn, stated that he has read this Motion and that the statements therein are within his personal knowledge and are true and correct.

_____
SAMUEL M. SMITH

SWORN AND SUBSCRIBED BEFORE ME, on this the 30th day of March, 2015.

_____
Notary Public, State of Texas

My Comm. Expires: June 20, 2016

CALI L. JOHNSON
Notary Public, State of Texas
My Commission Expires
June 20, 2016

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this Motion and that Appellee is unopposed to this Motion.

SAMUEL M. SMITH

## CERTIFICATE OF SERVICE

This is to certify that on March 30, 2014 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Henderson County, Texas, by hand delivery.

SAMUEL M. SMITH